JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INFINITY GLOBAL CONSULTING GROUP, INC., et al., | No. CV 20-05263 PA (AFMx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| TILRAY, INC., et al., | |
| Defendants. | |

In accordance with the Court's January 7, 2021 order granting summary judgement in favor of defendants Brett Cummings, Eko Holdings LLC, Left Coast Ventures Inc., Privateer Evolution Holdings Inc., and Tilray Inc., as well as the Court's February 17, 2021 order granting plaintiffs Infinity Global Consulting Group Inc., Joseph M. Vazquez III, and Trimax Corporation's ("Plaintiffs") Motion for Default Judgment against defendants Hugo Saavedra, Debra Saavedra, and Equitable Transitions, it is hereby ORDERED, ADJUDGED, AND DECREED that:

1.     Judgement is granted in favor of defendants Brett Cummings, Eko Holdings LLC, Left Coast Ventures Inc., Privateer Evolution Holdings Inc., and Tilray Inc.;

2.     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that defendant Hugo Saavedra shall pay to Plaintiffs $93,392.00.

3.     IT IS FURTHER ORDERED ADJUDGED, AND DECREED that Plaintiffs take nothing on Plaintiffs' claims against defendants Brett Cummings, Eko Holdings LLC,

1  Left Coast Ventures Inc., Privateer Evolution Holdings Inc., and Tilray Inc., and that

2  defendants Brett Cummings, Eko Holdings LLC, Left Coast Ventures Inc., Privateer

3  Evolution Holdings Inc., and Tilray Inc. are entitled to their costs of suit pursuant to Federal

4  Rule of Civil Procedure 54.

5    4.    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs

6  are entitled to their costs of suit pursuant to Federal Rule of Civil Procedure 54 as against

7  defendants Hugo Saavedra, Debra Saavedra, and Equitable Transitions, Inc.

8    IT IS SO ORDERED

9

10  DATED: February 17, 2021

11  _____
                        Percy Anderson
12                 United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28